**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7598**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH W. BATES,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-2689-AW)

─────────────

Submitted:  March 6, 2001          Decided:  April 19, 2001

─────────────

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Kenneth W. Bates, Appellant Pro Se.  Steven Michael Dettelbach,
OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth W. Bates seeks to appeal the district court's order denying his habeas corpus petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Bates, No. CA-00-2689-AW (D. Md. Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2